774

Commonwealth *v.* Toth, Appellant.

Submitted June 8, 1970. *Bruce S. W. Lukas,* Assistant Public Defender, for appellant; *Nicholas M. Zanakos,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Vicari, Appellant.

Argued June 10, 1970. *Clifford B. LePage, Jr.,* with him *Frederick J. Giorgi,* and *Austin, Speicher, Boland, Connor & Giorgi,* for appellant; *Grant E. Wesner,* Assistant District Attorney, with him *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Wallander, Appellant.

Submitted June 8, 1970. *Bernard L. Lemisch,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.